THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES TALBERT,

    Plaintiff

v.

INTERNAL REVENUE SERVICE, *et al.*,

    Defendants

4:22-CV-2038
(JUDGE MARIANI)

FILED
SCRANTON

APR 19 2023

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 19th DAY OF APRIL, 2023, upon review of Magistrate Judge Karoline Mehalchick's Report & Recommendation ("R&R") (Doc. 21) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 21) is **ADOPTED** for the reasons stated therein.

2. Plaintiff Talbert's March 27, 2023 submissions (Docs. 19, 20) are **CONSTRUED** as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

3. Plaintiff's action is **DISMISSED WITH PREJUDICE** at Plaintiff's request.

4. Plaintiff's pending motions to appoint counsel and motion for sanctions and expenses for service (Docs. 2, 6, 10, 13) are **DISMISSED AS MOOT.**

5. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge